```
                    UNITED STATES BANKRUPTCY COURT
                     NORTHERN DISTRICT OF ILLINOIS
                           EASTERN DIVISION


In Re:                              )       Case no.
CAROLYN FARRAR-JOHNSON              )            06 B 03089
RONNIE NELSON                       )
                                    )
            Debtor(s)               )       Judge A. BENJAMIN GOLDGAR


                         DISCHARGE OF TRUSTEE


     It is ordered that Glenn Stearns, Chapter 13 Standing
Trustee, is discharged as trustee and released from all
further liability in this case, and trustee's surety is also
released and discharged.


Dated: May 9, 2007              For the Court



                                Kenneth S. Gardner
                                Clerk, U.S. Bankruptcy Court
```